IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 17-50778
_____

LOUIS ROUSSET,

    Plaintiff - Appellant

v.

HARTFORD LIFE & ACCIDENT INSURANCE COMPANY; TARGET CORPORATION, Health Resources; UNITED STATES GOVERNMENT,

    Defendants - Appellees

_____

Appeal from the United States District Court
for the Western District of Texas
_____

A True Copy
Certified order issued Jan 23, 2018

Tyle W. Cayce

Clerk, U.S. Court of Appeals, Fifth Circuit

Before HIGGINBOTHAM, PRADO, and HAYNES, Circuit Judges.

PER CURIAM:

    This court must examine the basis of its jurisdiction, on its own motion if necessary. *Hill v. City of Seven Points*, 230 F.3d 167, 169 (5th Cir. 2000). Pursuant to 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a)(1)(A), the notice of appeal in a civil case must be filed within thirty days of entry of judgment. In this E. R. I. S. A. case, the district court entered final judgment dismissing the complaint on June 21, 2016. Thereafter, plaintiff filed multiple post-dismissal motions for relief which were denied July 7, 2016. On August 31, 2016, plaintiff filed a motion to set aside the dismissal which was denied September 12, 2016. Therefore, the final day for filing a timely

Case: 17-50778 Document: 00514316920 Page: 2 Date Filed: 01/23/2018
Case 1:16-cv-00611-SS Document 24 Filed 01/23/18 Page 2 of 3

17-50778

notice of appeal was October 12, 2016. The plaintiff's notice of appeal was filed on September 8, 2017. When set by statute, the time limit for filing a notice of appeal in a civil case is jurisdictional. *Hamer v. Neighborhood Hous. Servs. of Chi.,* 138 S. Ct. 13, 17 (2017); Bowles *v. Russell*, 551 U.S. 205, 214 (2007). The lack of a timely notice mandates dismissal of the appeal. *Robbins v. Maggio*, 750 F.2d 405, 408 (5th Cir. 1985).

    IT IS SO ORDERED.

# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 23, 2018

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 17-50778   Louis Rousset v. Hartford Life & Acidnt Ins
                             Co., et al
                             USDC No. 1:16-CV-611

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Melissa B. Courseault, Deputy Clerk
                                    504-310-7701

cc w/encl:
    Ms. Marjorie Leigh Cohen
    Mr. Louis Rousset